UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERATED SERVICE INSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> BRIDGESTONE BANDAG LLC, <br><br> Defendant | Civil Action No. 2:19-cv-00820-NIQA |

## STIPULATION OF DISMISSAL

Pursuant to Local Rule of Civil Procedure 41.1(b), the parties stipulate to the dismissal of this matter with prejudice, and each party to bear it's own costs..

| WHITE AND WILLIAMS LLP | WARD GREENBERG HELLER AND REIDY, LLP |
|---|---|
| By: _____ <br> Anthony L. Miscioscia <br> Attorneys for Plaintiff | By: _____ <br> Gerhard P. Dietrich <br> Attorneys for Defendant |

SO ORDERED:

_____ J.

22883902v.1   22883902v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERATED SERVICE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>BRIDGESTONE BANDAG LLC,<br><br>    Defendant | Civil Action No. 2:19-cv-00820-NIQA |

## CERTIFICATE OF SERVICE

I, Anthony L. Miscioscia, certify that I served a copy of the foregoing Stipulation of Dismissal via the court's ECF system on this date upon the following:

Gerhard P. Dietrich
WARDGREENBERG
1835 Market Street, Suite 650
Philadelphia, PA 19103

WHITE AND WILLIAMS LLP

/s/ *Anthony L. Miscioscia*
Anthony L. Miscioscia

22883902v.1